# EXHIBIT 1

LIPSON NEILSON P.C.
JOSEPH P. GARIN
Nevada Bar No. 6653
MEGAN H. THONGKHAM
Nevada Bar No. 12404
AMBER M. WILLIAMS
Nevada Bar No. 12301
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
Phone: (702) 382-1500
Fax: (702) 382-1512
jgarin@lipsonneilson.com
mthongkham@lipsonneilson.com
awilliams@lipsonneilson.com

*Attorneys for Defendants Don C. Keenan; D.C. Keenan & Associates, P.A.; and William Entrekin*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SEAN K. CLAGGETT & ASSOCIATES, LLC D/B/A CLAGGETT & SYKES LAW FIRM, A NEVADA LIMITED LIABILITY COMPANY; SEAN K. CLAGGETT, AN INDIVIDUAL<br><br>Plaintiffs,<br><br>v.<br><br>DON C. KEENAN, AN INDIVIDUAl; D.C. KEENAN & ASSOCIATES, P.A. D/B/A KEENAN LAW FIRM, A GEORGIA PROFESSIONAL ASSOCIATION; KEENAN'S KIDS FOUNDATION, INC., D/B/A KEENAN TRIAL INSTITUTE AND/OR THE KEENAN EDGE, A GEORGIA NON-PROFIT CORPORATION; BRIAN F. DAVIS, AN INDIVIDEUAL; DAVIS LAW GROUP, P.A., A NORTH CAROLINA PROFESSIONAL ASSOCiATION; DAVID J. HOEY, AN INDIVIDUAL; TRAVIS E. SHTLER, AN INDIVIDUAL; WILLIAM ENTREKIN, AN INDIVIDUAL; DOES I-X; AND ROE BUSINESS ENTITIES XI-XX, INCLUSIVE,<br><br>Defendants. | Case No.: 2:21-cv-02237-GMN-DJA<br><br>**DECLARATION OF WILLIAM ENTREKIN** |

I, WILLIAM ENTREKIN, hereby state and declare as follows:

1. My name is William Entrekin. I am one of the named defendants in this action. I am over the age of 18, suffering from no legal disabilities, and fully competent to give this declaration.

2. I have personal knowledge of the facts set out in this declaration, which I submit on my own behalf in support of the Motions to Dismiss filed by me and co-defendants Don C. Keenan; D.C. Keenan & Associates, P.A. d/b/a Keenan Law Firm ("Keenan Law Firm"); Keenan's Kids Foundation, Inc., d/b/a Keenan Trial Institute and/or The Keenan's Edge ("Keenan Trial Institute"); and David Hoey.

3. I am, and at all times relevant to the complaint in this matter was, a resident and citizen of, and domiciled, in Dahlonega, Georgia, a city located approximately sixty-five miles north of Atlanta.

4. I have been employed by co-defendant the Keenan Law Firm for over nine and a half years, serving initially as Executive Assistant beginning in July 2012 and four months later becoming Director of Operations in October 2012, a position that I have held continuously since then.

5. Keenan Law Firm is a Florida professional association having offices located at 148 Nassau Street NW, Atlanta, Georgia 30303 and at 174 Watercolor Way, Suite 103, Box 339, Santa Rosa Beach, Florida 32459.

6. I primarily work from the Atlanta office of Keenan Law Firm, and prior to the start of the pandemic I would travel to the Florida office two to three times a year.

7. Prior to joining Keenan Law Firm, I served for over twenty-three and a half years as Security Officer for the US Navy, of which I am a veteran.

8. I am not an attorney, and my experiences in the legal services industry for Keenan Law Firm have consisted only of administration and operations management.

9. I do not maintain a "continuous and substantial presence in the State of Nevada through the conduct of regular business, sales, services, marketing, and/or seminars / trainings in the State."

10. I have only been to the state of Nevada once when in or around 2003, while I was stationed with the Navy in San Diego, I spent a vacation weekend in Las Vegas staying at a hotel at Nellis Air Force Base and visiting the city.

11. I have not lived, worked, or otherwise engaged in any persistent course of conduct in Nevada.

12. The Amended Complaint in the Nevada Action alleges only that, on April 27, 2020, I sent an email from co-defendant David Hoey through Listserv to lawyers across the country (the "April 27 Email").

13. Listserv is an application that distributes messages to subscribers on an electronic mailing list.

14. My only activities with respect to the April 27 Email consisted of my sending the content of the email in my capacity as Director of Operations of Keenan Law Firm to the recipients of that electronic mailing list. I did not create, draft, or approve the content of the April 27 Email. All my actions occurred from within the state of Georgia, not Nevada. The April 27 Email allegedly forms the basis of the First, Second, and Third Counts of the Complaint which are the only counts of the Complaint that name me as an individual defendant.

15. I am not named as an individual defendant on the Fourth, Fifth, Sixth and Seventh Counts of the Complaint (for intentional interference with contract, intentional interference with prospective economic advantage, conspiracy, and veil piercing) which allegedly arise from the purported termination of an attorney-client relationship between plaintiffs and a third party. I was not involved in any way with the subject of the purported termination of the attorney-client relationship.

16. As alleged in plaintiffs' Nevada Amended Complaint, the April 27 Email was sent to all state Edge listservs around the country (not uniquely to the Nevada listserv). The listserv is not open to the general public, but instead is a closed environment of lawyers who have served as instructors, students, or otherwise attended or participated in an event or seminar hosted by Keenan Trial Institute. The April 27

Email was sent after the filing of the Georgia Action, and the allegedly defamatory matter concerned, and was pertinent to, the Georgia litigation. [Am. Compl. at ¶¶ 53-54]

17. I have never owned, leased, or otherwise occupied any real property in Nevada.

18. I have never had any personal property located in Nevada.

19. I have never maintained any offices, other facilities, or agents, or had any employees in the state of Nevada.

20. I have never served as an agent or had a registered agent for service of process in the state of Nevada.

21. I have never had a bank account in Nevada. Nor have I ever filed any financing statements, borrowed any money, or maintained any banking relationship in Nevada.

22. I have never had a telephone listing or mailing address in Nevada.

23. I have never incurred or paid any taxes in Nevada; nor have I ever filed any tax return in Nevada.

24. I have no employees or independent contractors in Nevada.

25. I have never advertised in the state of Nevada.

26. Except for this case, I have never been a party to litigation in any state or federal court in Nevada.

27. I have never committed any torts or other wrongdoing in whole in in part in Nevada. Nor do plaintiffs in their Nevada Complaint allege any tortious acts or other wrongdoing by me in Nevada.

28. Individuals who may serve as witnesses for me on which I may rely to support my defenses or claims include me, Mr. Keenan, Mr. Hoey, and Mindy Bish, among others, all who are located in Georgia, Florida, or Massachusetts, outside the state of Nevada. Additionally, the documents relevant to this litigation are located in Georgia and Florida.

///

29. I would be significantly inconvenienced to have to defend this action nearly 2,000 miles from my home base in Georgia. It would be much easier for me to litigate this matter in the Northern District of Georgia (Atlanta Division) where my employer the Keenan Law Firm has an office, I am domiciled, amenable to and would accept service, and witnesses and documents related to this litigation are located.

I declare under penalty of perjury under the law of the state of Nevada that the foregoing is true and correct.

Executed on January 26, 2022 in Dahlonega, Georgia.

By: _____
William Entrekin