# EXHIBIT E

# EXHIBIT E



4101 Meadows Lane #100 | Las Vegas, NV 89107
Tel. 702.655.2346 | Fax 702.655.3763 | claggettlaw.com

July 21, 2020

VIA CERTIFIED MAIL RETURN RECEIPT
AND FACSIMILE

Brian F. Davis, Esq.
DAVIS LAW GROUP
135 Cherry Street N.
Asheville, NC 28801

Re: **Estate of Mario Kane Long, by and through Administratrix, Cynthia L. Long v. Washington**

Dear Mr. Davis:

Please allow this correspondence as a reminder that we have an attorney fee outstanding in the above referenced matter. Pursuant to our records, it appears that our fee split agreement entitles Claggett & Sykes Firm to collect 50% of the attorney's fees at the conclusion of the case. As such, we request to be notified of any settlement agreement that is reached moving forward.

Thank you for your attention to this matter.

Sincerely,
CLAGGETT & SYKES LAW FIRM

/s/ Sean K. Claggett

SEAN K. CLAGGETT, ESQ.