LIPSON NEILSON P.C.
JOSEPH P. GARIN
Nevada Bar No. 6653
MEGAN H. THONGKHAM
Nevada Bar No. 12404
AMBER M. WILLIAMS
Nevada Bar No. 12301
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
Phone: (702) 382-1500
Fax: (702) 382-1512
jgarin@lipsonneilson.com
mthongkham@lipsonneilson.com
awilliams@lipsonneilson.com

*Attorneys for Defendants*
*Don C. Keenan; D.C. Keenan & Associates, P.A.; and*
*William Entrekin*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SEAN K. CLAGGETT & ASSOCIATES, LLC D/B/A CLAGGETT & SYKES LAW FIRM, A NEVADA LIMITED LIABILITY COMPANY; SEAN K. CLAGGETT, AN INDIVIDUAL<br><br>Plaintiffs,<br><br>v.<br><br>DON C. KEENAN, AN INDIVIDUAL; D.C. KEENAN & ASSOCIATES, P.A. D/B/A KEENAN LAW FIRM, A GEORGIA PROFESSIONAL ASSOCIATION; KEENAN'S KIDS FOUNDATION, INC., D/B/A KEENAN TRIAL INSTITUTE AND/OR THE KEENAN EDGE, A GEORGIA NON-PROFIT CORPORATION; BRIAN F. DAVIS, AN INDIVIDEUAL; DAVIS LAW GROUP, P.A., A NORTH CAROLINA PROFESSIONAL ASSOCIATION; DAVID J. HOEY, AN INDIVIDUAL; TRAVIS E. SHTLER, AN INDIVIDUAL; WILLIAM ENTREKIN, AN INDIVIDUAL; DOES I-X; AND ROE BUSINESS ENTITIES XI-XX, INCLUSIVE,<br><br>Defendants. | Case No.: 2:21-cv-02237-GMN-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANTS DON C. KEENAN, D.C. KEENAN & ASSOCIATES, P.A., AND WILLIAM ENTREKIN'S TIME TO RESPOND TO PLAINTIFFS' MOTION TO REMAND [ECF NO. 13]** |

Plaintiffs, SEAN K. CLAGGETT & ASSOCIATES, LLC d/b/a CLAGGETT & SYKES LAW FIRM and SEAN K. CLAGGET (collectively "Plaintiffs') and Defendants

- 1 -

DON C. KEENAN D.C., KEENAN & ASSOCIATES, P.A., and WILLIAM ENTREKIN (collectively "Defendants"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS counsel for the Defendants subject to this stipulation must withdraw from representation due to a previously unknown conflict, and successor counsel is expected to appear in the near future;

Plaintiffs' SEAN K. CLAGGETT & ASSOCIATES, LLC d/b/a CLAGGETT & SYKES LAW FIRM and SEAN K. CLAGGET hereby stipulate and agree that Defendants, DON C. KEENAN D.C., KEENAN & ASSOCIATES, P.A., and WILLIAM ENTREKI, shall have a ten (10) day extension of time in which to respond to Plaintiffs' *Motion to Remand* filed January 14, 2022, in the above-captioned matter, with the new date to respond to said motion through and including **Monday, February 7, 2022.**

IT IS SO AGREED as stated above.

DATED this 28th day of January, 2022.

INJURY LAWYERS OF NEVADA

/s/ Jared B. Anderson
_____
Jared B. Anderson, Esq. (SBN: 9747)
David J. Churchill, Esq. (SBN: 7308)
INJURY LAWYERS OF NEVADA
4001 Meadows Lane
Las Vegas, NV 89107

*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

Dated this __31__ day of January, 2022

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

DATED this 28th day of January, 2022.

LIPSON NEILSON P.C.

/s/ Joseph P. Garin
_____
Joseph P. Garin (SBN: 6653)
Megan H. Thongkham (SBN: 12404)
Amber M. Williams (SBN:12301)
LIPSON NEILSON P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144

*Attorneys for Defendants*
*Don C. Keenan; D.C. Keenan & Associates, P.A.; and William Entrekin*

- 2 -

Case No.: 2:21-cv-02237-GMN-DJA

**ORDER**

The stipulation of counsel to extend Defendants' DON C. KEENAN D.C., KEENAN & ASSOCIATES, P.A., and WILLIAM ENTREKIN time to respond to Plaintiffs' Motion for Remand is hereby approved and so ORDERED.

_____
United States Magistrate Judge

Dated:_____

- 3 -