# EXHIBIT "2"

**From:** Logan Erne <logan.erne@gmail.com>
**Sent:** Tuesday, May 19, 2020 6:58:56 AM
**To:** Jennifer Morales <JMorales@claggettlaw.com>
**Subject:** My case

Jennifer,

I know from talking with Brian that he followed my instructions to terminate your law firm as part of my legal team. I know he talked with you and Sean last Friday night. I'm emailing you because I know Brian told you I didn't want you to contact me. He did that at my request. I was surprised when you tried calling me Friday night after talking to Brian. So, now I want you to hear it from me: please understand that I do not want to talk to you or anyone from your firm. Please do not call, email or text me. You are no longer my lawyers. If you or your firm need something about my case, please contact Brian. Thanks,

Logan