# EXHIBIT "3"

Electronically Filed
5/29/2020 4:22 PM
Steven D. Grierson
CLERK OF THE COURT

1  SUBT
STEVEN M. BURRIS, ESQ.
2  Nevada Bar No. 000603
sb@steveburrislaw.com
3  TRAVIS E. SHETLER, ESQ.
Nevada Bar No. 004747
4  ts@steveburrislaw.com
LAW OFFICES OF STEVEN M. BURRIS
5  2810 W. Charleston Boulevard, Suite F-58
Las Vegas, Nevada 89102
6  (702) 258-6238 - Telephone
(702) 258-8280 - Facsimile
7  *Attorneys for Plaintiff*

8  and

9  BRIAN F. DAVIS, ESQ.
bfd@davislawgroupnc.com
10  DAVIS LAW GROUP, P.A.
135 Cherry Street N.
11  Asheville, NC 28801
(888) 773-8388 - Telephone
12  (888) 454-5291 - Facsimile
Pro Hac Vice
13  *Attorney for Plaintiff*

## DISTRICT COURT

## CLARK COUNTY, NEVADA

* * *

| | |
|---|---|
| LOGAN ERNE, an Individual, | CASE NO.: A-18-773499-C |
| Plaintiff, | DEPT. NO.: X |
| vs. | |
| MARGARET WILLIAMS, LCPC an Individual; MARILYN S. ABEL, CPC, an Individual; ANTHONY QUINN, M.D., an Individual, BRANDON PAYZANT, PAC, PHC OF NEVADA, INC. DBA HARMONY HEALTHCARE, a foreign corporation; and SUMMERLIN HOSPITAL & MEDICAL CENTER LLC, a limited liability company; DOES I through X; ROE BUSINESS ENTITIES XI through XX, inclusive, | |
| Defendants. | |

## SUBSTITUTION OF ATTORNEYS

. . .

Page 1 of 4

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      Please take notice that Plaintiff, LOGAN ERNE, in the above-entitled matter, hereby consents
3  to the substitution of Travis E. Shetler, Esq. of LAW OFFICES OF STEVEN M. BURRIS, in the
4  place of Jennifer Morales, Esq. of CLAGGETT & SYKES LAW FIRM.

5  DATED: 5/29/2020

6                                                    LOGAN ERNE

7      Jennifer Morales, Esq. of CLAGGETT & SYKES LAW FIRM does hereby consent to the
8  substitution of Travis E. Shetler, Esq. of LAW OFFICES OF STEVEN M. BURRIS.

9  DATED: 5-29-2020                        CLAGGETT & SYKES LAW FIRM

10                                                   /s/ Jennifer Morales

11                                                   Jennifer Morales, Esq.
                                                         Nevada Bar No. 008829
12                                                   jmorales@claggettlaw.com
                                                   4101 Meadows Lane, Suite 100
13                                                    Las Vegas, Nevada 89107

14     Travis E. Shetler, Esq. of LAW OFFICES OF STEVEN M. BURRIS hereby substitutes in as
15 counsel of record for Plaintiff, LOGAN ERNE, for the above-captioned case in place and stead of
16 Jennifer Morales, Esq. of CLAGGETT & SYKES LAW FIRM. Copies of all pleadings,

17 ...
18 ...
19 ...
20 ...
21 ...
22 ...
23 ...
24 ...
25 ...
26 ...
27 ...
28 ...

1 | correspondence, and other relevant case information should be directed to new counsel at the
2 | following address:

3                     Travis E. Shetler, Esq.
             LAW OFFICES OF STEVEN M. BURRIS
4            2810 W. Charleston Blvd., Suite F58
               Las Vegas, Nevada 89102
5                   (702) 258-6238
               (702) 258-8280 Facsimile
6                ts@steveburrislaw.com

7 | DATED: May 29, 2020          LAW OFFICES OF STEVEN M. BURRIS

8

9                    By:_____
                      Steven M. Burris, Esq.
10                   Nevada Bar No. 000603
                  sb@steveburrislaw.com
11                   Travis E. Shetler, Esq.
                  Nevada Bar No. 004747
12                   ts@steveburrislaw.com
                  2810 W. Charleston Boulevard, Suite F-58
13                   Las Vegas, Nevada 89102
                  *Attorneys for Plaintiff*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

Pursuant to Nevada Rules of Civil Procedure 5(b), the amendment to the Eighth Judicial District Court Rule 7.26, and N.E.F.C.R. 9, I hereby certify that service of the foregoing **SUBSTITUTION OF ATTORNEYS** was made this date by electronic service via the Court's electronic filing and service system, addressed to the following:

Chelsea R. Hueth, Esq.
Robert C. McBride, Esq.
McBride Hall
8329 W. Sunset Road, Suite 260
Las Vegas, Nevada 89113
*Attorneys for Defendant*
*Anthony Quinn, M.D.*

Michael J. Shannon, Esq.
Zach Thompson, Esq.
Sherman Mayor, Esq.
Hall Prangle & Schoonveld, LLC
1160 N. Town Center Drive, Suite 200
Las Vegas, Nevada 89144
*Attorneys for Defendant*
*Summerlin Hospital Medical Center, LLC*

Erin E. Jordan, Esq.
S. Brent Vogel, Esq.
Lewis Brisbois Bisgaard & Smith, LLP
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendants*
*Margaret Williams, LCPC, Marilyn S. Abel, CPC,*
*Brandon Payzant, PAC and PHC of Nevada, Inc., dba Harmony Healthcare*

DATED this 29 day of May, 2020.

/s/ Priscilla Zoccole
An Employee of Law Offices of Steven M. Burris

| | |
|---|---|
| **From:** | Jennifer Morales |
| **To:** | Brian Davis |
| **Cc:** | Travis Shetler; Moises Garcia; Kristy Spence; Priscilla Zoccole |
| **Subject:** | Re: Erne v. Williams et al. (Las Vegas, Clark County, NV) |
| **Date:** | Friday, May 29, 2020 10:11:14 AM |
| **Attachments:** | image004.png |
| | image002.png |
| | image003.png |
| | image005.png |

Yes, you can use my electronic signature.

Get Outlook for iOS

---

**From:** Brian Davis <bfd@davislawgroupnc.com>
**Sent:** Friday, May 29, 2020 9:59:39 AM
**To:** Jennifer Morales <JMorales@claggettlaw.com>
**Cc:** ts@steveburrislaw.com <ts@steveburrislaw.com>; Moises Garcia <MGarcia@claggettlaw.com>; Kristy Spence <Kristy@davislawgroupnc.com>; Priscilla Zoccole <pz@steveburrislaw.com>
**Subject:** FW: Erne v. Williams et al. (Las Vegas, Clark County, NV)

Jennifer,

The NV State Bar is requiring that your name be on the Substitution of Counsel (see below). Do we have your permission to use your electronic signature on the Substitution of Counsel? Please let me know. Thanks,

Brian

**Brian F. Davis**
**DAVIS LAW GROUP, P.A.**
**135 Cherry Street N.**
**Asheville, NC 28801**
**828-279-7799 (cell)**
**888-773-8388 (office)**
**888-454-5291 (fax)**
**www.davislawgroupnc.com**



DAVIS LAW GROUP
Dedicated Truck Accident Attorneys

**Board Certified in Truck Accident Law by National Board of Trial Advocacy**
**First attorney certified in North Carolina**



*"Trial by jury is part of a bright constellation which leads to peace, liberty and safety."*
*Thomas Jefferson*

NOTICE OF CONFIDENTIALITY PRODUCT:
The information contained in this e-mail message, including any attachments, is confidential attorney work product information intended only for the use of the recipient(s) named above. If you are not the named or intended recipient of this message, please do not read, rely upon, save, copy, print or retransmit, but rather, destroy it immediately and permanently delete the message from your computer or network system. Any unauthorized retransmission, retention, distribution, printing or copying of this message or any attachments is strictly prohibited. If you have received this e-mail message in error, please immediately contact bfd@davislawgroupnc.com or call 888-773-8388 immediately. Thank you.

**From:** Suzy Moore <SuzyM@nvbar.org>
**Sent:** Friday, May 29, 2020 11:57 AM
**To:** Brian Davis <bfd@davislawgroupnc.com>
**Cc:** ts@steveburrislaw.com; Kristy Spence <Kristy@davislawgroupnc.com>
**Subject:** RE: Erne v. Williams et al. (Las Vegas, Clark County, NV)
**Importance:** High

Brian,

After reviewing your profile, I noticed on case A-18-773499-C Erne vs Williams the local counsel is Jennifer Morales not Sean Claggett. Make sure the substitution of counsel shows Jennifer instead of Sean.

Thank you
*Suzy Moore*
**Operations Assistant**
**State Bar of Nevada**
**3100 W. Charleston Blvd., Suite 100**
**Las Vegas NV 89102**

Main 702-382-2200
Direct 702-317-1443
suzym@nvbar.org

