# EXHIBIT "4"

Electronically Filed
2/16/2021 12:55 PM
Steven D. Grierson
CLERK OF THE COURT

**LIEN**
Sean K. Claggett, Esq.
Nevada Bar No. 008407
Jennifer Morales, Esq.
Nevada Bar No. 008829
CLAGGETT & SYKES LAW FIRM
4101 Meadows Lane, Suite 100
Las Vegas, Nevada 89107
(702) 655-2346 – Telephone
(702) 655-3763 – Facsimile
sclaggett@claggettlaw.com
jmorales@claggettlaw.com

# DISTRICT COURT
## CLARK COUNTY, NEVADA

LOGAN ERNE, an Individual,

               Plaintiff,

v.

MARGARET WILLIAMS, LCPC an Individual;
MARILYN S. ABEL, CPC, an Individual;
ANTHONY QUINN, M.D., an Individual,
BRANDON PAYZANT, PAC, PHC OF
NEVADA, INC. DBA HARMONY
HEALTHCARE, a foreign corporation; and
SUMMERLIN HOSPITAL & MEDICAL
CENTER LLC, a limited liability company.;
DOES I through X; ROE BUSINESS ENTITIES
XI through XX, inclusive,

               Defendants.

CASE NO.: A-18-773499-C

DEPT NO.: III

**NOTICE OF ATTORNEY'S LIEN**

     NOTICE IS HEREBY GIVEN that CLAGGETT & SYKES LAW FIRM claims a lien for its services upon the claims for relief on behalf of LOGAN ERNE, and any successor and/or predecessor plaintiff in the above-referenced litigation, against any person, entity or insurance company legally liable for damages as a result of the incident occurring on April 26, 2017, that is now the subject of this lawsuit.

     Claggett & Sykes Law Firm claims a lien and upon any and all property or gross amounts recovered (the recovery) that may become available on behalf of LOGAN ERNE and any successor and/or predecessor plaintiff in the above-referenced litigation:

| | |
|---|---|
| **Jennifer Morales, Esq.** | **97.20 hours/$72,900.00** |
| **Shannon L. Wise, Esq.** | **69.70 hours/$27,880.00** |
| **Samuel Harding, Esq.** | **23.05 hours/$17,287.50** |
| **Moises Garcia** | **32.50 hours/$4,875.00** |
| **Jocelyn Abrego** | **48.70 hours/$7,305.00** |
| **Total:** | **271.15 hours/$130,247.50** |

Claggett & Sykes Law Firm asserts a lien for attorney fees in the amount of **$130,247.50.**

Claggett & Sykes Law Firm also asserts a lien against LOGAN ERNE for all reasonable case costs advanced and incurred on behalf of the plaintiff in the amount of **$158,264.56**

Accordingly, Claggett & Sykes Law Firm asserts a total lien in this matter of **$288,512.06** for attorney fees and costs.

DATED this 16th day of February 2021.

CLAGGETT & SYKES LAW FIRM

*/s/ Sean K. Claggett*

_____

Sean K. Claggett, Esq.
Nevada Bar No. 008407
Jennifer Morales, Esq.
Nevada Bar No. 008829
4101 Meadows Lane, Suite 100
Las Vegas, Nevada 89107
(702) 655-2346 – Telephone

**CLAGGETT & SYKES LAW FIRM**
4101 Meadows Lane, Suite 100
Las Vegas, Nevada 89107
702-655-2346 • Fax 702-655-3763

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY THAT on the 16th day of February 2021, I caused to be served a true and correct copy of the <u>**NOTICE OF ATTORNEY'S LIEN**</u> in the above-captioned case via the following methods pursuant to Rule 9 of the N.E.F.C.R. and N.R.C.P. 5:

| | |
|---|---|
| Robert C. McBride, Esq.<br>Gerald Tan, Esq.<br>CARROLL KELLY TROTTER FRANZEN<br>MCBRIDE & PEABODY<br>8329 W. Sunset Road, Suite 260<br>Las Vegas, NV 89113<br>*Attorneys for Defendant Anthony Quinn, M.D.* | Travis E. Shetler, Esq.<br>LAW OFFICES OF TRAVIS E. SHETLER<br>3202 W. Charleston Blvd<br>Las Vegas, NV 8902<br>*Attorneys for Plaintiff* |
| S. Brent Vogel, Esq.<br>LEWIS BRISBOIS BISGAARD & SMITH, LLP<br>6385 S. Rainbow Blvd., Suite 600<br>Las Vegas, NV 89118<br>*Attorneys for Defendants Margaret Williams, LCPC, Marilyn S. Abel, CPC, Brandon Payzant, PAC and PHC of Nevada, Inc., dba Harmony Healthcare.* | Brian F. Davis, Esq.<br>DAVIS LAW GROUP, PA<br>135 Cherry Street, N<br>Asheville, NC 28801<br>*Attorneys for Plaintiff* |
| Michael J. Shannon, Esq.<br>Brittany A. Lewis, Esq.<br>HALL PRANGLE & SCHOONVELD, LLC.<br>1140 North Town Center Drive, Ste. 350<br>Las Vegas, Nevada 89144<br>*Attorneys for Defendant, Summerlin Hospital Medical Center, LLC* | **VIA Regular and Certified Mail**<br>Logan Erne<br>51 Wilmington Street,<br>Asheville, North Carolina 28806<br>*Plaintiff* |
| Candance C. Herling, Esq.<br>MESSNER REEVES, LLP<br>8945 W. Russell Road #300<br>Las Vegas, NV 89148<br>*Attorneys for Defendant, Summerlin Hospital Medical Center, LLC* | |

*/s/ Moises Garcia*

_____
An Employee of Claggett & Sykes Law Firm