1

**TRAVIS E. SHETLER, ESQ.**
Nevada Bar No. 4747

2

**LAW OFFICE OF TRAVIS E. SHETLER, PC**
3202 W. Charleston Boulevard

3

Las Vegas, Nevada 89102
travis@shetlerlawfirm.com

4

(702) 931-9700 Telephone
*Pro Se*

5

6

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

7

\*    \*    \*

8

9

SEAN K. CLAGGETT & ASSOCIATES, LLC
D/B/A CLAGGETT & SYKES LAW FIRM, A
NEVADA LIMITED LIABILITY COMPANY;
SEAN K. CLAGGETT, AN INDIVIDUAL,

10

Case No.: 2:21-cv-02237-GMN-DJA

11

Plaintiff,

12

vs.

13

DON C. KEENAN, AN INDIVIDUAL; D.C.,
KEENAN & ASSOCIATES, P.A. D/B/A

14

KEENAN LAW FIRM, A GEORGIA
PROFESSIONAL ASSOCIATION; KEENAN'S

15

KIDS FOUNDATION, INC., D/B/A KEENAN
TRIAL INSTITUTE AND/OR THE KEENAN

16

EDGE, A GEORGIA NON-PROFIT
CORPORATION; BRIAN F. DAVIS, AN

17

INDIVIDUAL; DAVIS LAW GROUP, P.A., A
NORTH CAROLINA PROFESSIONAL

18

ASSOCIATION; DAVID J. HOEY, AN
INDIVIDUAL; TRAVIS E. SHETLER, AN

19

INDIVIDUAL; WILLIAM ENTREKIN, AN
INDIVIDUAL; DOES I-X; AND ROE

20

BUSINESS ENTITIES XI-XX, INCLUSIVE,

21

Defendants.

**DEFENDANT TRAVIS E. SHETLER'S
JOINDER TO CO-DEFENDANTS' BRIAN
F. DAVIS AND DAVIS LAW GROUP, P.A.
MOTION TO DISMISS PLAINTIFFS'
FIRST AMENDED COMPLAINT
AGAINST BRIAN F. DAVIS AND DAVIS
LAW GROUP, P.A. UNDER FRCP 12(B)(6)**

22

23

COME NOW, Defendant, TRAVIS E. SHETLER, pro se, and hereby submits his Joinder to

24

Co-Defendants', Brian F. Davis and Davis Law Group, P.A. Motion to Dismiss Plaintiffs' First

25

Amended Complaint Against Brian F. Davis and Davis Law Group P.A. Under FRCP 12(B)(6).

26

This Joinder is made and based upon the papers and pleadings on file herein, the Memorandum

27

of Points and Authorities attached to Co-Defendants' Petition, such other documentary evidence as

28

may be presented, and any oral arguments at the time of the hearing of this matter. This Defendant

Law Office Of
**TRAVIS E. SHETLER, PC**
3202 W. Charleston Boulevard
Las Vegas, Nevada 89102

1  expressly adopts and incorporates by reference herein, as if fully set out, all of the Points and

2  Authorities set forth in Co-Defendants' Petition for Removal and avers that the arguments apply

3  equally to this Defendant.

4          DATED this 14th day of February, 2022.

5                                          By: _*/s/ Travis E. Shetler*_____

6                                          Travis E. Shetler, Esq.
                                           Law Office of Travis E. Shetler, PC
                                           Nevada Bar No. 004747
7                                          travisshetlerlaw@gmail.com
                                           3202 W. Charleston Blvd.
8                                          Las Vegas, Nevada 89102
                                           *Pro Se*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
**CERTIFICATE OF SERVICE**

3       I hereby certify that I am an employee of Law Office of Travis E. Shetler, PC, and that on

4 the 14TH day of February, 2022, and pursuant to FCRP 5(b), a copy of the foregoing **DEFENDANT**

5 **TRAVIS E. SHETLER'S JOINDER TO CO-DEFENDANTS' BRIAN F. DAVIS AND DAVIS**

6 **LAW GROUP, P.A. MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**

7 **AGAINST BRIAN F. DAVIS AND DAVIS LAW GROUP, P.A. UNDER FRCP 12(B)(6)** was

8 served via the Court's CM/ECF system.

9
10
                                   */s/ Michelle Yu*
11                               An Employee of Law Office of Travis E. Shetler, PC
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28