**TRAVIS E. SHETLER, ESQ.**
Nevada Bar No. 4747
**LAW OFFICE OF TRAVIS E. SHETLER, PC**
3202 W. Charleston Boulevard
Las Vegas, Nevada 89102
travis@shetlerlawfirm.com
(702) 931-9700 Telephone
*Pro Se*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SEAN K. CLAGGETT & ASSOCIATES, LLC D/B/A CLAGGETT & SYKES LAW FIRM, A NEVADA LIMITED LIABILITY COMPANY; SEAN K. CLAGGETT, AN INDIVIDUAL, <br><br>Plaintiff, <br><br>vs. <br><br>DON C. KEENAN, AN INDIVIDUAL; D.C., KEENAN & ASSOCIATES, P.A. D/B/A KEENAN LAW FIRM, A GEORGIA PROFESSIONAL ASSOCIATION; KEENAN'S KIDS FOUNDATION, INC., D/B/A KEENAN TRIAL INSTITUTE AND/OR THE KEENAN EDGE, A GEORGIA NON-PROFIT CORPORATION; BRIAN F. DAVIS, AN INDIVIDUAL; DAVIS LAW GROUP, P.A., A NORTH CAROLINA PROFESSIONAL ASSOCIATION; DAVID J. HOEY, AN INDIVIDUAL; TRAVIS E. SHETLER, AN INDIVIDUAL; WILLIAM ENTREKIN, AN INDIVIDUAL; DOES I-X; AND ROE BUSINESS ENTITIES XI-XX, INCLUSIVE, <br><br>Defendants. | Case No.: 2:21-cv-02237-GMN-DJA <br><br><br>**DEFENDANT TRAVIS E. SHETLER'S JOINDER TO CO-DEFENDANTS' KEENAN'S KIDS FOUNDATION, INC. AND DAVID J. HOEY'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT** |

COME NOW, Defendant, TRAVIS E. SHETLER, pro se, and hereby submits his Joinder to Co-Defendants', Keenan's Kids Foundation, Inc. and David J. Hoey's Motion to Dismiss Plaintiffs' Complaint.

This Joinder is made and based upon the papers and pleadings on file herein, the Memorandum of Points and Authorities attached to Co-Defendants' Petition, such other documentary evidence as may be presented, and any oral arguments at the time of the hearing of this matter. This Defendant

expressly adopts and incorporates by reference herein, as if fully set out, all of the Points and Authorities set forth in Co-Defendants' Petition for Removal and avers that the arguments apply equally to this Defendant.

DATED this 14th day of February, 2022.

By: */s/ Travis E. Shetler*
Travis E. Shetler, Esq.
Law Office of Travis E. Shetler, PC
Nevada Bar No. 004747
travisshetlerlaw@gmail.com
3202 W. Charleston Blvd.
Las Vegas, Nevada 89102
*Pro Se*

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Law Office of Travis E. Shetler, PC, and that on the14th day of February, 2022, and pursuant to FCRP 5(b), a copy of the foregoing **DEFENDANT TRAVIS E. SHETLER'S JOINDER TO CO-DEFENDANTS' KEENAN'S KIDS FOUNDATION, INC. AND DAVID J. HOEY'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT** was served via the Court's CM/ECF system.

*/s/ Michelle Yu*
An Employee of Law Office of Travis E. Shetler, PC