JARED B. ANDERSON, ESQ. (SBN: 9747)
DAVID J. CHURCHILL, ESQ. (SBN: 7308
**INJURY LAWYERS OF NEVADA**
4001 Meadows Lane
Las Vegas, Nevada 89107
Telephone: 702:868-8888
Facsimile: 702-868-8889
jared@injurylawyersnv.com
david@injurylawyersnv.com
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SEAN K. CLAGGETT & ASSOCIATES, LLC D/B/A CLAGGETT & SYKES LAW FIRM, A NEVADA LIMITED LIABILITY COMPANY; SEAN K. CLAGGETT, AN INDIVIDUAL,<br><br>Plaintiffs,<br><br>v.<br><br>DON C. KEENAN, AN INDIVIDUAL; D.C. KEENAN & ASSOCIATES, P.A. D/B/A KEENAN LAW FIRM, A GEORGIA PROFESSIONAL ASSOCIATION; KEENAN'S KIDS FOUNDATION, INC., D/B/A KEENAN TRIAL INSTITUTE AND/OR THE KEENAN EDGE, A GEORGIA NON-PROFIT CORPORATION; BRIAN F. DAVIS, AN INDIVIDUAL; DAVIS LAW GROUP, P.A., A NORTH CAROLINA PROFESSIONAL ASSOCIATION; DAVID J. HOEY, AN INDIVIDUAL; TRAVIS E. SHETLER, AN INDIVIDUAL; WILLIAM ENTREKIN, AN INDIVIDUAL; DOES I-X; AND ROE BUSINESS ENTITIES XI-XX, INCLUSIVE,<br><br>Defendants. | Case No. 2:21-cv-02237-GMN-DJA<br><br>**PLAINTIFFS' OPPOSITION TO DEFENDANT TRAVIS E. SHETLER'S JOINDER TO CO-DEFENDANTS BRIAN F. DAVIS AND DAVIS LAW GROUP, P.A.'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT AGAINST BRIAN F. DAVIS AND DAVIS LAW GROUP, P.A. UNDER FRCP 12(B)(6)** |

///

- 1 -

**PLAINTIFFS' OPPOSITION TO DEFENDANT TRAVIS E. SHETLER'S JOINDER TO CO-DEFENDANTS BRIAN F. DAVIS AND DAVIS LAW GROUP, P.A.'s MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT AGAINST BRIAN F. DAVIS AND DAVIS LAW GROUP, P.A. UNDER FRCP 12(b)(6)**

Plaintiffs, SEAN K. CLAGGETT & ASSOCIATES, LLC d/b/a CLAGGETT & SYKES LAW FIRM and SEAN K. CLAGGETT, by and through their attorneys of record, INJURY LAWYERS OF NEVADA, hereby file their Opposition to Defendant Travis E. Shetler's Joinder to Co-Defendants Brian F. Davis and Davis Law Group, P.A.'s Motion to Dismiss Plaintiffs' First Amended Complaint Against Brian F. Davis and Davis Law Group, P.A. Under FRCP 12(b)(6). (ECF No. 31).

This Opposition is based upon the records and pleadings on file herein, the attached Memorandum of Points and Authorities, and any argument made by counsel at the hearing of this matter. Plaintiffs adopt and incorporate by reference herein, as if fully set out, all Points and Authorities set forth in Plaintiff's Opposition to Defendants Brian F. Davis and Davis Law Group, P.A.'s Motion to Dismiss Plaintiffs' First Amended Complaint Against Brian F. Davis and Davis Law Group, P.A. Under FRCP 12(b)(6). (ECF No. 28).

Dated this 28th day of February 2022.

**INJURY LAWYERS OF NEVADA**

/s/: *Jared B. Anderson*

Jared B. Anderson, Esq. (SBN: 9747)
David J. Churchill, Esq. (SBN: 7308)
4001 Meadows Lane
Las Vegas, Nevada 89107
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Injury Lawyers of Nevada and that on the 28th day of February, 2022, and pursuant to Fed. R. Civ. P. 5, a copy of the above and foregoing **PLAINTIFFS' OPPOSITION TO DEFENDANT TRAVIS E. SHETLER'S JOINDER TO CO-DEFENDANTS BRIAN F. DAVIS AND DAVIS LAW GROUP, P.A.'s MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT AGAINST BRIAN F. DAVIS AND DAVIS LAW GROUP, P.A. UNDER FRCP 12(b)(6)** was served via the Court's electronic filing system to the parties listed for CM/ECF service.

/s/: *Jolene J. Manke*
An employee of Injury Lawyers of Nevada